IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                             4:10CR00201-01-WRW

CHRIS WAYNE GABLE

ORDER

Pending is the Government's Motion for Leave of Court to Dismiss Indictment (doc #2). The Motion is GRANTED. The Indictment is dismissed, without prejudiced, as to defendant, Chris Wayne Gable.

IT IS SO ORDERED this 15th day of September, 2010.


                              /s/Wm. R. Wilson, Jr.
                              UNITED STATES DISTRICT JUDGE

orddismindictment.wpd